TOLEDO BAR ASSOCIATION *v.* DEMARS.

[Cite as Toledo Bar Assn. *v.* DeMars (1990), 56 Ohio St. 3d 90.]

(No. D.D. 83-4—Submitted September 25, 1990—Decided December 12, 1990.)

*David F. Cooper* and *Edward J. McCormick, Jr.,* for relator.

*Robert E. DeMars, pro se.*

*Per Curiam.* Relator's request for a continuance to file its brief is denied, and oral argument has been waived by the parties. We concur with the board's assessment and recommendation. Respondent's petition for readmission to the practice of law is denied. Costs taxed to the respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.